No. 72–6797. KOSKY v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 72–6798. GERNAND v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 72–6801. BLECKLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6802. PORTER v. BLOOMSBURG STATE COLLEGE ET AL. Sup. Ct. Pa. Certiorari denied.

No. 72–6803. PORTER v. NOSSEN. Super. Ct. Pa. Certiorari denied.

No. 72–6804. KERR v. BORTHWICK. C. A. D. C. Cir. Certiorari denied.

No. 72–6805. WHITE v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–6806. PUCO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–6807. POLK v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–6809. HAMMONDS v. MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 72–6810. DULLES ET AL. v. FIDUCIARY TRUST Co. C. A. D. C. Cir. Certiorari denied.

No. 72–6811. EDMUNSON ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6813. SPIRES v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.